HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH RHODES, | CASE NO. C19-5440RBL |
| Plaintiff, | ORDER |
| v. | |
| STEPHEN SINCLAIR, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 29].

1. The Report and Recommendation is **ADOPTED;**

2. Defendant City of Vancouver's Motion for Summary Judgment [Dkt. # 8] is **GRANTED**, and Rhodes's claims against it is **DISMISSED.** For the reasons articulated in the City's Motion, the dismissal is *with* prejudice and without leave to amend;

3. Defendants Stephen Sinclair, Washington Department of Corrections, and State of Washington's Motion to Dismiss [Dkt. # 20] is **GRANTED** and Rhodes's claims against those defendants are **DISMISSED** with prejudice and without leave to amend;

4. Defendant Clark County's Motion to Dismiss [Dkt. # 26] is **GRANTED** and Rhodes's claims against Clark County are **DISMISSED** with prejudice and without leave to amend;

5. If he appeals, Rhodes's *in forma pauperis* status **will continue**;

6. The Clerk shall send copies of this Order to Rhodes's last known address and to Magistrate Judge Fricke.

IT IS SO ORDERED.

Dated this 18th day of February, 2020.

Ronald B. Leighton
United States District Judge